IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-463-JLK-1**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1.      WILLIAM CLARK,**

Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Sentencing Hearing is reset for **April 1, 2011 at 10:00 a.m.** in Courtroom A802,

Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  March 17, 2011